B2650 (Form 2650) (12/15)

# United States Bankruptcy Court

__Eastern__ District Of __Pennsylvania__

In re __Scungio Borst and Associates LLC__ ,  )
                       Debtor  )    Case No. __22-10609-AMC__

Stephen J. Scherf, SBA Plan Trust  )
Administrator of SBA Plan Trust ,  )    Chapter __11__
                       Plaintiff  )

v.  )
__RW Professional Cleaning LLC__ ,  )    Adv. Proc. No. __24-00032-AMC__
                       Defendant  )

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

    I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on __May 9, 2024__ as it appears in the records of this court, and that:
                                                                  (date)

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                       (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
       (name of court)                               (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
(date)

__9-24-2024__                                  Clerk of the Bankruptcy Court
Date                              By: __/s/ Marie Kalwinski__
                                                    Deputy Clerk

*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scungio Borst and Associates LLC<br>　　Debtor(s) | Case No. 22-10609-amc<br>Chapter 11 |
| Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust<br>　　Plaintiff | Adversary No. 24-00032-amc |
| v. | |
| RW Professional Cleaning LLC<br>　　Defendant | |

## DEFAULT JUDGMENT

Before Judge Ashely M. Chan

AND NOW, in accordance with Request for Entry of Default Judgment, against Defendant, RW Professional Cleaning, LLC it is ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust , in the amount of eleven thousand, nine hundred ninety two dollars and forty nine cents ($11,992.49) , plus costs in the amount of three hundred fifty dollars and zero cents ($350.00), for a total of twelve thousand three hundred forty two dollars and forty nine cents ($12,342.49) sum certain.

Date: May 9, 2024

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court

TRUE COPY CERTIFIED
FROM THE RECORD
ED.
EST.
Deputy Clerk

B1310 (Form 1310) (12/15)

# United States Bankruptcy Court

Eastern District Of Pennsylvania

In re: Scungio Borst & Associates, LLC        Case No. 22-10609 (AMC)

Debtor

Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust,        Adversary No. 24-00032 (AMC)

    Plaintiff,

v.

RW Professional Cleaning LLC,

    Defendant.

## EXEMPLIFICATION CERTIFICATE

I, Timothy McGrath, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of

Clerk's Order of Default Judgment Against Defendant, RW Professional Cleaning the amount of $12,342.49

now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at Philadelphia, in the State of Pennsylvania, this 18th day of September 2024.

[Seal of Court]

Clerk of the Bankruptcy Court

---

I, Ashely Chan, bankruptcy judge for this district certify that Timothy McGrath is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

9/18/24
Date

Bankruptcy Judge

---

I, Timothy McGrath, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable Ashely Chan is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.
In testimony of this statement, I sign my name, and affix the seal of the court at Philadelphia, in the State of Pennsylvania, this 19th day of September 2024.

[Seal of Court]

Clerk of the Bankruptcy Court

Generated: Sep 20, 2024 12:27PM                                              Page 1/1



# U.S. Bankruptcy Court

### Pennsylvania Eastern Bankruptcy - Philadelphia

Receipt Date: Sep 20, 2024 12:27PM

Obermayer Rebmann Maxwell & Hippell LLp
Centre Square 34th Floor
1500 Market Street
Philadelphia , PA 19102

| Rcpt. No: 20000786 | | Trans. Date: Sep 20, 2024 12:27PM | | | Cashier ID: #YR |
|---|---|---|---|---|---|
| **CD** | **Transaction** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| ANN | Ancillary Procee | 24-00032-amc | 1 | 52.00 | 52.00 |

| **CD** | **Tender** | | | **Amt** |
|---|---|---|---|---|
| CH | CHECK | #25590 | 09/19/2024 | $52.00 |
| | | | Total Due Prior to Payment: | $52.00 |
| | | | Total Tendered: | $52.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Judge:** amc **Case:** 24-00032-amc

**Debtor:** Stephen J. Scherf, SBA Plan Trust Administrator of v. RW Professional Cleaning LLC

**341 Meeting:** Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



# U.S. Bankruptcy Court

### Pennsylvania Eastern Bankruptcy - Philadelphia

Receipt Date: Sep 16, 2024 3:20PM

Obermayer Rebmann Maxwell & Hippell LLP
Centre Square West 34th Floor
1500 Market Street
Philadelphia , Pa 19102

| Rcpt. No: 20000772 | | Trans. Date: Sep 16, 2024 3:20PM | | | Cashier ID: #DR |
|---|---|---|---|---|---|
| **CD** | **Transaction** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| EX | Exemplification | 24-00032-amc | 1 | 24.00 | 24.00 |
| CE | Certification $1 | | 1 | 12.00 | 12.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #25545 | 09/16/2024 | $36.00 |
| | | | Total Due Prior to Payment: | $36.00 |
| | | | Total Tendered: | $36.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Judge**: amc **Case**: 24-00032-amc

**Debtor**: Stephen J. Scherf, SBA Plan Trust Administrator of v. RW Professional Cleaning LLC

**341 Meeting**: Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.